IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-mc-00034-OES

IN RE: CARY GAGAN,
Petitioner.

## ORDER OF DISMISSAL

Petitioner Cary Gagan initiated this action by filing *pro se* a document titled "Petitioner's Verified Petition, Rule 27, F. R. CIV. PROC." On May 19, 2005, Magistrate Judge O. Edward Schlatter entered an order directing the clerk of the Court to commence a miscellaneous action and directing Mr. Gagan to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Schlatter ordered Mr. Gagan either to pay the $39.00 filing fee for a miscellaneous action or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Gagan was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On June 7, 2005, Mr. Gagan filed a notice of change of address. Therefore, on June 8, 2005, Magistrate Judge Schlatter entered a minute order directing the clerk of the Court to mail a copy of the May 19 order to Petitioner at his new address and allowing Mr. Gagan an extension of time to cure the deficiencies.

Mr. Gagan has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Schlatter's May 19 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that "Petitioner's Verified Petition, Rule 27, F. R. CIV. PROC." is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 22 day of July, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00034-OES

Cary Gagan
Reg. No. 58938
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/25/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk